UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 6:12-mj- 1438

SERGEI KUSYAKOV

ORDER

The Motion to Seal Complaint and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Complaint in this cause except when necessary to provide certified copies of the Complaint to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office, that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court.

It is further ordered that the United States may disclose the existence of the Complaint in any search and seizure warrants to be executed in conjunction with the arrest of the defendant.

The Clerk is further ordered to unseal all documents relating to the Complaint without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Orlando, Florida, this 21st day of September, 2012.

_____
GREGORY J. KELLY
United States Magistrate Judge